(125 So. 916)

**Arthur HARRIS v. STATE.   (1 Div. 588.)**

Supreme Court of Alabama.   Jan. 28, 1930.

Certiorari to Court of Appeals.

C. L. Hybart, of Monroeville, for petitioner.

Charlie C. McCall, Atty. Gen., opposed.

PER CURIAM.  Petition of Arthur Harris for certiorari to the Court of Appeals to review and revise the judgment and decision

of that court in Harris v. State (1 Div. 884) 125 So. 921.

Writ denied.

ANDERSON, C. J., and SAYRE, THOMAS, and BROWN, JJ., concur.